UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-60737-COHN/SELTZER

TERRY FIGEL, a natural person,
on behalf of himself; and
SPENCER FIGEL, a natural person,
on behalf of himself and all other
unborn heirs of Gloria Figel,

    Plaintiffs,

vs.

WELLS FARGO BANK, N.A.,
a South Dakota chartered bank,
JENNIFER KING, a natural person,
LINDA SIMS, a natural person,
and DOES 1-10,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS KING AND SIMS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

**THIS CAUSE** is before the Court on Defendants Jennifer King and Linda Sims' Motion to Dismiss Second Amended Complaint [DE 54] ("Motion to Dismiss"). The Court has carefully reviewed the Motion to Dismiss, Plaintiff's Response to Second Motion to Dismiss [DE 68] ("Response"), Defendants Jennifer King and Linda Sima' Reply [DE 69], and is otherwise advised in the premises.

The Second Amended Complaint [DE 50] repeats <u>verbatim</u> the allegations in the Amended Complaint [DE 24]. Moreover, the Second Amended Complaint adds <u>no</u> new allegations. The only difference between the two complaints is that the Second Amended Complaint does not assert counts for negligent retention or negligent

employment.  Thus, for the same reasons stated in the Court's Order Granting Defendants King and Sims' Motion to Dismiss Amended Complaint [DE 49], Plaintiffs have failed to state a claim against Defendants Jennifer King or Linda Sims.  See DE 49.

In their Response, Plaintiffs request leave to file a third amended complaint.  The Court, however, granted Plaintiffs leave to file a Second Amended Complaint and they made no effort to address the defects of the Amended Complaint.  Because the Court has provided Plaintiffs with multiple opportunities to state a claim against Defendants King and Sims, and Plaintiffs have refused to avail themselves of those opportunities, the Court will not reward Plaintiffs for their impertinence.  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants Jennifer King and Linda Sims' Motion to Dismiss Second Amended Complaint [DE 54] is **GRANTED**.  The claims against Jennifer King and Linda Sims are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of January, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record.

2